UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LORENZO REDD,
          Plaintiff,

v.

P. CHARLES GARELL, M.D. et al.,
          Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 9436 (VB)

This Order amends the Court's March 16, 2020, Order. (Doc. #67).

With respect to the telephone conference scheduled for April 13, 2020, at 10:30 a.m., plaintiff and defense counsel shall attend by calling the following number and entering the access code when requested:

<u>Number</u>: (888) 363-4749 (toll-free) <u>or</u> (215) 446-3662

<u>Access Code</u>: 1703567

It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to have plaintiff available by telephone.

The parties should be on the line by 10:30 a.m. and announce their names before speaking.

In the event plaintiff has retained counsel by the April 13, 2020, conference, counsel shall attend by using the above call-in information.

**The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.**

Dated: March 19, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge