UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| LORENZO REDD, Din# 15A3881 | : |
| | : |
| Plaintiff, | :  **ORDER** |
| | : |
| vs. | :  **7:18-cv-09436-JCM** |
| | : |
| P. CHARLES GARELL, M.D., | : |
| WAINWRIGHT, M.D., REMER, M.D., | : |
| WESTCHESTER MEDICAL CENTER, | : |
| | : |
| Defendants. | : |

-----------------------------------------------------------

WHEREAS, Plaintiff LORENZO REDD (DIN 15-A-3881) is currently an inmate at Woodbourne Correctional Facility, located at 99 Prison Road, Woodbourne, New York 12788; and,

WHEREAS, there is good cause for taking the deposition of Plaintiff LORENZO REDD;

IT IS HEREBY ORDERED that Woodbourne Correctional Facility (the "Correctional Facility") shall coordinate with defendants' attorneys, DENLEA & CARTON LLP and WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C., to schedule a time to produce Plaintiff LORENZO REDD for a deposition; and

IT IS FURTHER ORDERED that Plaintiff LORENZO REDD shall be produced for said video deposition at a time that is convenient for the Correctional Facility and all parties, but no later than January 29, 2021.

IT IS SO ORDERED.

Dated: 12-29-2020

*Judith C. McCarthy*
UNITED STATES MAGISTRATE JUDGE

1