UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LORENZO REDD,

                              Plaintiff,                    **ORDER**

-against-                                       18 Civ. 9436 (JCM)

P. CHARLES GARELL, M.D., *et al.*

                              Defendants.
----------------------------------------------------------------X

       On May 13, 2022, Defendants filed their motions for summary judgment. (Docket Nos. 123, 130). Plaintiff's response was due by June 13, 2022. As of today, no response has been filed. If Plaintiff does not submit a response by July 22, 2022, the Court will deem this matter fully submitted and Defendants' motions unopposed.

       The Clerk is directed to mail a copy of this order to the *pro se* Plaintiff at the following addresses:

                        675 New Street, Uniondale, NY 11553

                        93 Cunningham Avenue, Uniondale, NY 11553

Dated: July 8, 2022
       White Plains, New York

                                                    **SO ORDERED:**

                                                    _____
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge