**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LORENZO REDD,

                Plaintiff,

-against-                                        18 **CIVIL** 9436 (JCM)

                                                        **JUDGMENT**

P. CHARLES GARELL, M.D.;
WAINWRIGHT, M.D.; REMER, M.D.;
WESTCHESTER MEDICAL CENTER; DR.
RAZIA K. FERDOUS, Facility Health Services
Director; SONJI HENTON, Deputy Superintendent
of Health Services; DR. CARL J. KOENIGSMANN,
Deputy Commissioner and Chief Medical Officer;
and THOMAS GUDEWICZ, Nurse,

                Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2023, Defendants' motions for summary judgment are granted. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Opinion and Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

**Dated:**  New York, New York

       March 31, 2023

                                                        **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                           **BY:**     *K. Mango*

                                                          **Deputy Clerk**